UNITED STATES DISTRICT COURT
*WESTERN DISTRICT OF TENNESSEE*
*EASTERN DIVISION*

FILED BY ___ G ___
D.C.
05 NOV 21  PM 1:15

CLER...GOULD
...DISTRICT COURT
...OF IN...ON

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| UNITED FOODS, INC., | CASE NO:  1:96cv1252-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation Of Dismissal entered on November 9, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/16/05
Date

THOMAS M. GOULD
_____
Clerk of Court

C. Herd
_____
(By)  Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/22/05

72

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 1:96-CV-01252 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Jonathan B. New
DEPARTMENT OF JUSTICE
901 E St., NW
Room 1028
Washington, DC 20530

Brian J. Quarles
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela J. Aronson
U.S. Department of Justice
20 Massachusetts Ave., NW
Room 7330
Washington, DC 20001

Marsha S. Edney
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch, Rm. 7148
20 Massachusetts Ave., N.W.
Washington, DC 20530

Honorable J. Breen
US DISTRICT COURT